No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

GEORGE PRIDAY, Appellant, v. ROCKAWAY OPERATING CO., INC., et al., Respondents.

No opinion. Lazansky, P. J., Adel and Close, JJ., concur; Carswell and Johnston, JJ., dissent and vote to reverse the judgment and to grant a new trial on the ground that plaintiff established a *prima facie* case.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BONINO, Appellant.—

No opinion. Hagarty, Johnston, Adel and Taylor, JJ., concur; Lazansky, P. J., concurs, with the following memorandum: Refusal to charge as requested at folio 2231 was error. However, the significance of the error was overshadowed by emphatic statements in the charge of the law in respect of the same subject-matter.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLO CALAUTTI, Appellant.—

No opinion. The appeal from the sentence is dismissed. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTO CAMINITO, Appellant.—

No opinion. Hagarty, Johnston, Adel and Taylor, JJ., concur; Lazansky, P. J., concurs, with the following memorandum: Refusal to charge as requested at folio 2231 was error. However, the significance of the error was overshadowed by emphatic statements in the charge of the law in respect of the same subject-matter.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE CONDO-MANOLIS, Appellant.—

No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.